FSm -12-15-10
FC- 10-21-10



# PEYTON BOLIN PL
## ASSOCIATION ATTORNEYS

October 1, 2012

Elizabeth Pillara
Lawyers Advantage Title Group
225 S. Westmonte Dr. unit 1100
Altamonte Springs, FL 32714

VIA E-MAIL (emartinez@lawyersadvantage.com)

RE:   PAY-OFF REQUEST FOR OUTSTANDING CLAIM OF LIEN
      Unit Owner: Secretary of Housing & Urban Development
      Unit Address: 6048 Forest hill Blvd 203 West Palm Beach, FL 33415

Dear Ms. Pillara,

This law firm represents the Forest Hill Gardens Condominium Association, Inc.  The above referenced unit will be brought current upon this firm's receipt of Thirty Thousand Nine Hundred Seventy-Seven and 48/100 Dollars ($30,977.48).  **This payoff figure shall remain valid until October 19, 2012 at 5:00 PM.**  The following is a breakdown of the sums due and owing:

| Description | Amount |
| --- | --- |
| **Forest Hill Gardens East Condominium** | |
| 1% Orginial Mortage ($77,779.00): | $777.79 |
| CET from 11/09/2010- October 2012: | $4,801.66 |
| Collection Cost: | $7,518.25 |
| Interest: | $2,605.92 |
| Pre-Litigation Attorney Fees: | $1,728.10 |
| Pre-Litigation Attorney Costs: | $32.10 |
| Litigation Attorney Fees: | $1,800.00 |
| Litigation Attorney Costs: | $696.40 |
| Estoppel: | $250.00 |
| Estoppel Pre-payment: | ($250.00) |
| **Total Outstanding:** | **$19,960.22** |
| | |
| **Forest hill Gardens Property** | |
| 1% Orginial Mortgage ($77,779.00): | $777.79 |
| CET from 11/09/2010-October 2012: | $1,440.12 |
| Collection Costs: | $5,443.52 |
| Interest: | $859.18 |
| Late Fees: | $375.00 |
| Attorney Fees: | $1,885.00 |
| Attorney Cost: | $26.65 |
| Estoppel: | $250.00 |
| **Total Outstanding:** | **$11,017.26** |

4758 West Commercial Blvd., Fort Lauderdale, Florida 33319
Phone: 954-316-1339        Fax: 954-727-5776        Email: info@peytonbolin.com
www.peytonbolin.com



EXHIBIT
F

| Activity | | | | 10/1/2012 | |
|---|---|---|---|---|---|
| | Forest Hill Gardens East CA, Inc. ~ Sub | | | | |
| acs.ar-department.com | OR   305-921-4620 | 6048 FOREST HILL BLVD, #203 | | 1201270028 | 3775 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Accrued Interest to Date: | $3.90 | |
| | Per Diem Interest: | $3.94 | |
| | Last Balance Forward Date:       7/1/2005 | | Balance Forward |
| | Balance Forward:                      0.00 | | 0.00 |
| 11/1/2010 | FACSIB - Funded Balance | 622.23 | $622.23 |
| 11/1/2010 | Initial Balance - ? ? ? | 3,008.77 | $3,631.00 |
| 11/1/2010 | IB - Interest | 450.47 | $4,081.47 |
| 11/1/2010 | IB - Fines and Other | 100.00 | $4,181.47 |
| 11/30/2010 | Interest Expense through 11/30/2010 | 51.93 | $4,233.40 |
| 11/30/2010 | File Review & Reconcile Upon Completion (Pre-Chg, DWP) | 175.00 | $4,408.40 |
| 11/30/2010 | New Coll File Rvw, Prep, Debtor Ver, Ledger Recon (DWP) | 250.00 | $4,658.40 |
| 11/30/2010 | File Sent to Attorney | 0.00 | $4,658.40 |
| 12/1/2010 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $4,720.90 |
| 12/13/2010 | File Review & Collections Transfer Package (Due When Paid) | 50.00 | $4,770.90 |
| 12/17/2010 | New Coll File Rvw, Prep, Debtor Ver, Ledger Recon (DWP) | 250.00 | $5,020.90 |
| 12/17/2010 | FDCPA Letter, Certified Mail (Due When Paid ("DWP")) | 155.00 | $5,175.90 |
| 12/22/2010 | File Review & Collections Transfer Package (Due When Paid) | 50.00 | $5,225.90 |
| 12/22/2010 | Title Transferred - Records Update (DWP) | 125.00 | $5,350.90 |
| 12/29/2010 | New Coll File Rvw, Prep, Debtor Ver, Ledger Recon (DWP) | 250.00 | $5,600.90 |
| 12/29/2010 | FDCPA Letter, Certified Mail (Due When Paid ("DWP")) | 155.00 | $5,755.90 |
| 12/31/2010 | Interest Expense through 12/31/2010 | 55.51 | $5,811.41 |
| 1/1/2011 | Regular Assessment Unit Type B | 561.00 | $6,372.41 |
| 1/31/2011 | Interest Expense through 01/31/2011 | 63.81 | $6,436.22 |
| 2/1/2011 | Interest Expense through 02/01/2011 | 2.07 | $6,438.29 |
| 2/4/2011 | File Review, Pre-Lien Letter, Certified Mail (DWP) | 155.00 | $6,593.29 |
| 2/8/2011 | 2011 RA Increase | 57.45 | $6,650.74 |
| 2/28/2011 | Interest Expense through 02/28/2011 | 56.39 | $6,707.13 |
| 3/18/2011 | File Review, Pre-Attorney Letter, Certified Mail (DWP) | 155.00 | $6,862.13 |
| 3/31/2011 | File Review & Reconcile Upon Completion (Pre-Chg, DWP) | 175.00 | $7,037.13 |
| 3/31/2011 | File Review & Attorney Transfer Package (DWP) | 175.00 | $7,212.13 |
| 3/31/2011 | Interest Expense through 03/31/2011 | 64.97 | $7,277.10 |
| 4/1/2011 | Regular Assessment Unit Type B | 616.45 | $7,895.55 |
| 4/1/2011 | File Sent to Attorney | 0.00 | $7,895.55 |
| 4/5/2011 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $7,958.05 |
| 4/30/2011 | Interest Expense through 04/30/2011 | 71.71 | $8,029.76 |
| 5/1/2011 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $8,092.26 |
| 5/23/2011 | AFADJ - ARC - Payoff Preparation | 156.25 | $8,248.51 |
| 5/31/2011 | Interest Expense through 05/31/2011 | 74.42 | $8,322.93 |
| 6/1/2011 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $8,385.43 |
| 6/10/2011 | AFADJ - ARC - Payoff Update | 62.50 | $8,447.93 |
| 6/30/2011 | Interest Expense through 06/30/2011 | 72.02 | $8,519.95 |
| 7/1/2011 | Regular Assessment Unit Type B | 618.45 | $9,138.40 |
| 7/1/2011 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $9,200.90 |
| 7/6/2011 | Cost Deposit Paid to Attorney | 600.00 | $9,800.90 |
| 7/6/2011 | Cost Deposit Underwriting & Processing (atty Inv) | 252.00 | $10,052.90 |
| 7/19/2011 | AFADJ - ARC - Payoff Update | 62.50 | $10,115.40 |
| 7/31/2011 | Interest Expense through 07/31/2011 | 83.57 | $10,198.97 |
| 8/1/2011 | Initial Balance | (1,346.40) | $8,852.57 |
| 8/1/2011 | IB - Interest | (185.13) | $8,667.44 |
| 8/1/2011 | IB - Fines and Other | (100.00) | $8,567.44 |
| 8/1/2011 | FACSIB - Funded Balance | (897.60) | $7,669.84 |
| 8/1/2011 | Initial Balance | 1,346.40 | $9,016.24 |
| 8/1/2011 | IB - Interest | 185.13 | $9,201.37 |
| 8/1/2011 | IB - Fines and Other | 100.00 | $9,301.37 |

| Activity | | Forest Hill Gardens East CA, Inc. | | 10/1/2012 | |
|---|---|---|---|---|---|
| | acs.ar-department.com | OR  305-921-4620 | 6048 FOREST HILL BLVD, #203 | 1201270026 | 3775 |

| DATE | TRANSACTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | | *Accrued Interest to Date:* | $3.90 | |
| | | *Per Diem Interest:* | $3.94 | |
| 8/1/2011 | FACSIB - Funded Balance | | 897.60 | $10,198.97 |
| 8/1/2011 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | | 62.50 | $10,261.47 |

| Activity | | Forest Hill Gardens East CA, Inc. | | 10/1/2012 | |
|---|---|---|---|---|---|
| | pca.ar-department.com | OR   305-621-4820 | 6048 FOREST HILL BLVD. #203 | 1201270028 | 3775 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Accrued Interest to Date: | $3.90 | |
| | Per Diem Interest: | $3.94 | |
| | Last Balance Forward Date:        8/1/2011 | | Balance Forward |
| | Balance Forward:                  10,261.47 | | 10,261.47 |
| 8/31/2011 | Interest Expense through 08/31/2011 | 83.87 | $10,345.34 |
| 9/1/2011 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $10,407.84 |
| 9/15/2011 | AFADJ - ATTY - Remit to Peyton Bolin, PL | 1,109.02 | $11,516.86 |
| 9/15/2011 | Title Transferred - Records Update (DWP) | 100.00 | $11,616.86 |
| 9/15/2011 | File Review & Collections Transfer Package (Due When Paid) | 50.00 | $11,666.86 |
| 9/15/2011 | File Returned From Attorney | 0.00 | $11,666.86 |
| 9/29/2011 | New Coll File Rvw, Prep, Debtor Ver, Ledger Recon (DWP) | 250.00 | $11,916.86 |
| 9/29/2011 | FDCPA Letter, Certified Mail (Due When Paid ("DWP")) | 155.00 | $12,071.86 |
| 9/30/2011 | Interest Expense through 09/30/2011 | 81.17 | $12,153.03 |
| 10/1/2011 | Regular Assessment Unit Type B | 618.45 | $12,771.48 |
| 10/31/2011 | Interest Expense through 10/31/2011 | 93.02 | $12,864.50 |
| 11/8/2011 | File Review, Pre-Lien Letter, Certified Mail (DWP) | 155.00 | $13,019.50 |
| 11/17/2011 | Estoppel Update | 62.50 | $13,082.00 |
| 11/30/2011 | Interest Expense through 11/30/2011 | 90.32 | $13,172.32 |
| 12/30/2011 | File Review, Pre-Attorney Letter, Certified Mail (DWP) | 155.00 | $13,327.32 |
| 12/31/2011 | Interest Expense through 12/31/2011 | 93.32 | $13,420.64 |
| 1/1/2012 | Regular Assessment Unit Type B | 618.45 | $14,039.09 |
| 1/13/2012 | File Review & Reconcile Upon Completion (Pre-Chg, DWP) | 175.00 | $14,214.09 |
| 1/13/2012 | File Review & Attorney Transfer Package (DWP) | 175.00 | $14,389.09 |
| 1/26/2012 | File Sent to Attorney | 0.00 | $14,389.09 |
| 1/31/2012 | Interest Expense through 01/31/2012 | 102.20 | $14,491.29 |
| 2/1/2012 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $14,553.79 |
| 2/29/2012 | Interest Expense through 02/29/2012 | 95.88 | $14,649.67 |
| 3/1/2012 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $14,712.17 |
| 3/31/2012 | Interest Expense through 03/31/2012 | 102.51 | $14,814.68 |
| 4/1/2012 | Regular Assessment Unit Type B | 618.45 | $15,433.13 |
| 4/1/2012 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $15,495.63 |
| 4/16/2012 | AFADJ - ARC - Payoff Prep. | 156.25 | $15,651.88 |
| 4/30/2012 | Interest Expense through 04/30/2012 | 108.00 | $15,759.88 |
| 5/1/2012 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $15,822.38 |
| 5/31/2012 | Interest Expense through 05/31/2012 | 111.94 | $15,934.32 |
| 6/1/2012 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $15,996.82 |
| 6/30/2012 | Interest Expense through 06/30/2012 | 108.30 | $16,105.12 |
| 7/1/2012 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $16,167.62 |
| 7/1/2012 | Regular Assessment Unit Type B | 618.45 | $16,786.07 |
| 7/31/2012 | Interest Expense through 07/31/2012 | 121.06 | $16,907.13 |
| 8/1/2012 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $16,969.63 |
| 8/31/2012 | Interest Expense through 08/31/2012 | 121.37 | $17,091.00 |
| 9/1/2012 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $17,153.50 |
| 9/30/2012 | Interest Expense through 09/30/2012 | 117.42 | $17,270.92 |
| 10/1/2012 | Regular Assessment Unit Type B | 618.45 | $17,889.37 |
| 10/1/2012 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $17,951.87 |
| 01/01/13 | Regular Assessment | 613.45 | |

| STATUS | BAL FWD | INITIAL BAL | RA | SA | INT | LATE | OTHER | BALANCE |
|--------|---------|-------------|----|----|-----|------|-------|---------|
| Collections | $0.00 | $3,008.77 | $4,947.60 | $0.00 | $2,477.25 | $0.00 | $7,518.25 | $17,951.87 |

Assessments are due on the 1st of the month and late after the 10th of the month.

This is not a request for payment. This is an activity report only.

Assessments, late fees, interest or other administrative costs and fees are charged and due, as according to the Association's governing documents or applicable law.

Forest Hill Gardens East CA, Inc.
c/o AR-Department
4400 BISCAYNE BLVD, STE 550
MIAMI, FL 33137-3212

| PROPERTY ADDRESS | | PROPERTY ID | |
|---|---|---|---|
| 6048 FOREST HILL BLVD, #203 | | 1201270026 | |
| PROPERTY OWNER | | PIN | AID |
| SECRETARY OF HUD | | 3775 | 120127 |
| STATEMENT DATE | STATUS | BALANCE | |
| 10/1/2012 | Collections | $17,951.87 | |

| MAILING ADDRESS |
|---|
| If mailing address is incorrect, please contact the AR-Department |
| SECRETARY OF HUD<br>4400 WILL ROGERS PKWY, #300<br>OKLAHOMA CITY, OK 73108 |

| Activity | Forest Hill Gardens POA, Inc. | | 10/1/2012 | |
|---|---|---|---|---|
| | ncs.ar-department.com OR 305-921-4020 | 6046 FOREST HILL BLVD, #203 | 1201310019 | 8037 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Accrued Interest to Date: | $1.27 | |
| | Per Diem Interest: | $1.30 | |
| | Last Balance Forward Date: 8/31/2011 | | Balance Forward |
| | Balance Forward: 5,212.03 | | 5,212.03 |
| 9/1/2011 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $5,274.53 |
| 9/15/2011 | AFADJ - ATTY - Remit to Peyton Bolin, PL | 1,166.52 | $6,441.05 |
| 9/15/2011 | Title Transferred - Records Update (DWP) | 100.00 | $6,541.05 |
| 9/15/2011 | File Review & Collections Transfer Package (Due When Paid) | 50.00 | $6,591.05 |
| 9/15/2011 | File Returned From Attorney | 0.00 | $6,591.05 |
| 9/29/2011 | New Coll File Rvw, Prep, Debtor Ver, Ledger Recon (DWP) | 250.00 | $6,841.05 |
| 9/29/2011 | FDCPA Letter, Certified Mail (Due When Paid ("DWP")) | 155.00 | $6,996.05 |
| 9/30/2011 | Interest Expense through 09/30/2011 | 26.50 | $7,022.55 |
| 10/1/2011 | Regular Assessment Unit Type B | 204.40 | $7,226.95 |
| 10/11/2011 | Late Fee on RA of $204.40 | 25.00 | $7,251.95 |
| 10/31/2011 | Interest Expense through 10/31/2011 | 30.41 | $7,282.36 |
| 11/4/2011 | ADJ TO 12-2010 ARC | (967.50) | $6,314.86 |
| 11/8/2011 | File Review, Pre-Lien Letter, Certified Mail (DWP) | 155.00 | $6,469.86 |
| 11/17/2011 | Estoppel Update | 62.50 | $6,532.36 |
| 11/30/2011 | Interest Expense through 11/30/2011 | 29.52 | $6,561.88 |
| 12/30/2011 | File Review, Pre-Attorney Letter, Certified Mail (DWP) | 155.00 | $6,716.88 |
| 12/31/2011 | Interest Expense through 12/31/2011 | 30.51 | $6,747.39 |
| 1/1/2012 | Regular Assessment Unit Type B | 204.40 | $6,951.79 |
| 1/12/2012 | Late Fee on RA of $204.40 | 25.00 | $6,976.79 |
| 1/13/2012 | File Review & Reconcile Upon Completion (Pre-Chg, DWP) | 175.00 | $7,151.79 |
| 1/13/2012 | File Review & Attorney Transfer Package (DWP) | 175.00 | $7,326.79 |
| 1/26/2012 | File Sent to Attorney | 0.00 | $7,326.79 |
| 1/31/2012 | Interest Expense through 01/31/2012 | 33.47 | $7,360.26 |
| 2/1/2012 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $7,422.76 |
| 2/29/2012 | Interest Expense through 02/29/2012 | 31.41 | $7,454.17 |
| 3/1/2012 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $7,516.67 |
| 3/31/2012 | Interest Expense through 03/31/2012 | 33.57 | $7,550.24 |
| 4/1/2012 | Regular Assessment Unit Type B | 204.40 | $7,754.64 |
| 4/1/2012 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $7,817.14 |
| 4/11/2012 | Late Fee on RA of $204.40 | 25.00 | $7,842.14 |
| 4/16/2012 | AFADJ - ARC - Payoff Prep. | 156.25 | $7,998.39 |
| 4/30/2012 | Interest Expense through 04/30/2012 | 35.41 | $8,033.80 |
| 5/1/2012 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $8,096.30 |
| 5/31/2012 | Interest Expense through 05/31/2012 | 36.69 | $8,132.99 |
| 6/1/2012 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $8,195.49 |
| 6/30/2012 | Interest Expense through 06/30/2012 | 35.51 | $8,231.00 |
| 7/1/2012 | Regular Assessment Unit Type B | 204.40 | $8,435.40 |
| 7/1/2012 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $8,497.90 |
| 7/10/2012 | IB Adj - Convert from Quarterly to Monthly Assmnts | (136.27) | $8,361.63 |
| 7/11/2012 | Late Fee on RA of $204.40 | 25.00 | $8,386.63 |
| 7/31/2012 | Interest Expense through 07/31/2012 | 37.70 | $8,424.33 |
| 8/1/2012 | Regular Assessment Unit Type B | 68.13 | $8,492.46 |
| 8/1/2012 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $8,554.96 |
| 8/13/2012 | Late Fee on RA of $68.13 | 25.00 | $8,579.96 |
| 8/31/2012 | Interest Expense through 08/31/2012 | 38.74 | $8,618.70 |
| 9/1/2012 | Regular Assessment Unit Type B | 68.13 | $8,686.83 |
| 9/1/2012 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $8,749.33 |

| Activity | Forest Hill Gardens POA, Inc. master | | | 10/1/2012 | |
|---|---|---|---|---|---|
| | acs.ar-department.com | OR 305-921-4620 | 6048 FOREST HILL BLVD, #203 | 1201310019 | 8037 |

| DATE | TRANSACTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | | Accrued Interest to Date: | $1.27 | |
| | | Per Diem Interest: | $1.30 | |
| | Last Balance Forward Date: 7/1/2008 | | | Balance Forward 0.00 |
| | Balance Forward: 0.00 | | | |
| 12/1/2010 | FACSIB - Funded Balance | | 372.00 | $372.00 |
| 12/1/2010 | Initial Balance | | 807.00 | $1,179.00 |
| 12/1/2010 | IB - Late Fees | | 150.00 | $1,329.00 |
| 12/1/2010 | IB - Interest | | 176.87 | $1,505.87 |
| 12/1/2010 | IB - Fines and Other | | 100.00 | $1,605.87 |
| 12/14/2010 | File Review & Reconcile Upon Completion (Pre-Chg, DWP) | | 175.00 | $1,780.87 |
| 12/14/2010 | New Coll File Rvw, Prep, Debtor Ver, Ledger Recon (DWP) | | 250.00 | $2,030.87 |
| 12/14/2010 | File Sent to Attorney | | 0.00 | $2,030.87 |
| 12/15/2010 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | | 62.50 | $2,093.37 |
| 12/16/2010 | File Review & Collections Transfer Package (Due When Paid) | | 50.00 | $2,143.37 |
| 12/17/2010 | New Coll File Rvw, Prep, Debtor Ver, Ledger Recon (DWP) | | 250.00 | $2,393.37 |
| 12/17/2010 | FDCPA Letter, Certified Mail (Due When Paid ("DWP")) | | 155.00 | $2,548.37 |
| 12/22/2010 | File Review & Collections Transfer Package (Due When Paid) | | 50.00 | $2,598.37 |
| 12/22/2010 | Title Transferred - Records Update (DWP) | | 125.00 | $2,723.37 |
| 12/29/2010 | New Coll File Rvw, Prep, Debtor Ver, Ledger Recon (DWP) | | 250.00 | $2,973.37 |
| 12/29/2010 | FDCPA Letter, Certified Mail (Due When Paid ("DWP")) | | 155.00 | $3,128.37 |
| 12/31/2010 | Interest Expense through 12/31/2010 | | 17.44 | $3,145.81 |
| 1/1/2011 | Regular Assessment Unit Type B | | 186.00 | $3,331.81 |
| 1/11/2011 | Late Fee on RA of $186.00 | | 25.00 | $3,356.81 |
| 1/31/2011 | Interest Expense through 01/31/2011 | | 20.78 | $3,377.59 |
| 2/1/2011 | Interest Expense through 02/01/2011 | | 0.67 | $3,378.26 |
| 2/4/2011 | File Review, Pre-Lien Letter, Certified Mail (DWP) | | 155.00 | $3,533.26 |
| 2/8/2011 | 2011 RA Increase | | 18.40 | $3,551.66 |
| 2/28/2011 | Interest Expense through 02/28/2011 | | 18.36 | $3,570.02 |
| 3/31/2011 | File Review, Pre-Attorney Letter, Certified Mail (DWP) | | 155.00 | $3,725.02 |
| 3/31/2011 | Interest Expense through 03/31/2011 | | 21.15 | $3,746.17 |
| 4/1/2011 | Regular Assessment Unit Type B | | 204.40 | $3,950.57 |
| 4/11/2011 | Late Fee on RA of $204.40 | | 25.00 | $3,975.57 |
| 4/13/2011 | File Review & Reconcile Upon Completion (Pre-Chg, DWP) | | 175.00 | $4,150.57 |
| 4/13/2011 | File Review & Attorney Transfer Package (DWP) | | 175.00 | $4,325.57 |
| 4/15/2011 | File Sent to Attorney | | 0.00 | $4,325.57 |
| 4/30/2011 | Interest Expense through 04/30/2011 | | 23.38 | $4,348.95 |
| 5/1/2011 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | | 62.50 | $4,411.45 |
| 5/23/2011 | AFADJ - ARC - Payoff Preparation | | 156.25 | $4,567.70 |
| 5/31/2011 | Interest Expense through 05/31/2011 | | 24.27 | $4,591.97 |
| 6/1/2011 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | | 62.50 | $4,654.47 |
| 6/10/2011 | AFADJ - ARC - Payoff Update | | 62.50 | $4,716.97 |
| 6/30/2011 | Interest Expense through 06/30/2011 | | 23.48 | $4,740.45 |
| 7/1/2011 | Regular Assessment Unit Type B | | 204.40 | $4,944.85 |
| 7/1/2011 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | | 62.50 | $5,007.35 |
| 7/11/2011 | Late Fee on RA of $204.40 | | 25.00 | $5,032.35 |
| 7/19/2011 | AFADJ - ARC - Payoff Update | | 62.50 | $5,094.85 |
| 7/31/2011 | Interest Expense through 07/31/2011 | | 27.29 | $5,122.14 |
| 8/1/2011 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | | 62.50 | $5,184.64 |
| 8/31/2011 | Interest Expense through 08/31/2011 | | 27.39 | $5,212.03 |

Part D - Nothing Paid

| Activity | | Forest Hill Gardens POA, Inc. | | | 10/1/2012 | |
|---|---|---|---|---|---|---|
| | acs.ar-department.com | OR 305-921-4620 | 6048 FOREST HILL BLVD, #203 | | 1201310019 | 8037 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Accrued Interest to Date:<br>Per Diem Interest: | $1.27<br>$1.30 | |
| | Last Balance Forward Date: 9/1/2012<br>Balance Forward: 8,749.33 | | Balance Forward 8,749.33 |
| 9/11/2012 | Late Fee on RA of $68.13 | 25.00 | $8,774.33 |
| 9/30/2012 | Interest Expense through 09/30/2012 | 38.50 | $8,812.83 |
| 10/1/2012 | Regular Assessment Unit Type B | 68.13 | $8,880.96 |
| 10/1/2012 | File Rvw, Coll Support, Ledger Maint., Tech, Archive (DWP) | 62.50 | $8,943.46 |
| 11-01-12 | regular assessment | 68.13 | |
| 12-01-12 | regular assessment | 68.13 | |
| 01-01-13 | regular assessment | 68.13 | |
| 02-01-13 | regular assessment | 68.13 | |
| 03-01-13 | | 68.13 | |
| 04-01-13 | | | |

| STATUS | BAL FWD | INITIAL BAL | RA | SA | INT | LATE | OTHER | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Collections | $0.00 | $670.73 | $1,635.19 | $0.00 | $819.02 | $375.00 | $5,443.52 | $8,943.46 |

Assessments are due on the 1st of the month and late after the 10th of the month.

This is not a request for payment. This is an activity report only.

Assessments, late fees, interest or other administrative costs and fees are charged and due, as according to the Association's governing documents or applicable law.

Forest Hill Gardens POA, Inc.
c/o AR-Department
4400 BISCAYNE BLVD, STE 550
MIAMI, FL 33137-3212

| PROPERTY ADDRESS | | PROPERTY ID | |
|---|---|---|---|
| 6048 FOREST HILL BLVD, #203 | | 1201310019 | |
| PROPERTY OWNER | | PIN | AID |
| SECRETARY OF HUD | | 8037 | 120131 |
| STATEMENT DATE | STATUS | BALANCE | |
| 10/1/2012 | Collections | $8,943.46 | |

| MAILING ADDRESS |
|---|
| If mailing address is incorrect, please contact the AR-Department |
| SECRETARY OF HUD<br>4400 WILL ROGERS PKWY, #300<br>OKLAHOMA CITY, OK 73108 |