```
CFN 20110381952
OR BK 24795 PG 0268
RECORDED 10/13/2011 15:38:11
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 0268; (1pg)
```

This Instrument Prepared By:
Record and Return To:

Name:    PEYTON BOLIN, PL
Address: 4758 W. Commercial Blvd.
         Tamarac, Florida 33319

## CLAIM OF LIEN

**KNOW ALL MEN BY THESE PRESENTS, THAT:**

Forest Hill Gardens East Condominium Association, Inc. an Association in Palm Beach County, Florida, whose principal place of business is c/o Banyan Property Management, Inc. 2328 S. Congress Avenue, West Palm Beach, FL 33406 claims this lien against the following property:

Unit 205, Building 6106, Forest Hills Gardens East, A Condominium according to the Declaration of Condominium recorded in Official Records Book 3399, Page 612, as amended of the Public Records of Palm Beach County, Florida, together with an undivided interest in the common elements appurtenant thereto and all amendments thereto as set forth in said declaration.

The record owner of such property is: U.S. Department of Housing & Urban Development, 4400 Will Rogers Parkway, Suite 300, Oklahoma City, OK 73108

The total amount of assessments due is $16,332.36 as follows:

| Charge | Amount |
|---|---|
| Assessment (10-01-2007 to 07-01-2011) | $7,506.72 |
| *Due on the 1st of each quarter. | |
| Attorney Costs | $52.94 |
| Attorney Fee | $1,090.00 |
| Interest | $2,179.39 |
| Other | $5,503.31 |
| **Total** | **$16,332.36** |

plus interest at the rate of (18%) percent per annum and late fees, if any, from the dates due, less all payments received since the date of the initial delinquency. Additionally, this Claim of Lien secures interest, late fees, costs and reasonable attorneys' fees incurred by the Association pursuant to, and as provided in, the recorded governing documents for the ASSOCIATION. Further, this lien secures all assessments coming due, less any payments received since the date of the initial delinquency. For estoppel information or a payoff figure, please contact the offices of Peyton Bolin, PL.

IN WITNESS WHEREOF, ASSOCIATION has caused this Claim of Lien to be executed on the 11th day of October, 2011.

Forest Hill Gardens East Condominium Association, Inc.

Peyton Bolin, PL
4758 W. Commercial Blvd.
Tamarac, Florida 33319

BY: _____
    ☐ Mauri E. Peyton, Esq.
    ☒ Joseph S. Giannell, Esq.

Agent for the Association

STATE OF FLORIDA
COUNTY OF BROWARD

The foregoing CLAIM OF LIEN was acknowledged before me this 11th day of October, 2011 by ___ Mauri E. Peyton, Esq. ✓ Joseph S. Giannell, Esq., who is **personally known to me** or who has produced a driver's license as identification.

My Commission Expires:

_____
Notary Public, State of Florida

CHARLES E. WILSON
MY COMMISSION # DD 866654
EXPIRES: March 4, 2013
Bonded Thru Budget Notary Services

EXHIBIT J