**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
West Palm Beach Division
9:13-cv-80513-DTKH (Hurley/Hopkins)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FOREST HILL GARDENS EAST CONDOMINIUM ASSOCIATION, INC., and FOREST HILL GARDENS PROPERTY OWNERS' ASSOCIATION, INC.,

    Defendants.
_____/

**NOTICE OF COMPLIANCE**

Defendants, FOREST HILL GARDENS EAST CONDOMINIUM ASSOCIATION, INC. and FOREST HILL GARDENS PROPERTY OWNERS' ASSOCIATION, INC., by and through undersigned counsel hereby gives notice of compliance with the Order Granting Plaintiff United States' Motion to Compel Compliance with Order Granting in Part Motion for Issuance of Estoppel Certificates [ECF No. 37] in the above entitled action.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via transmission of Notices of Electronic Filing generated by CM/ECF on this 22nd day of October, 2013, on all counsel or parties of record on the Service List below.

Dated: October 22, 2013.

Respectfully submitted,

/s/ Mauri Peyton, Esq.
Florida Bar No.: 44773
mauri@peytonbolin.com
litigation@peytonbolin.com
*Attorney for Defendants Forest Hill Gardens E. Condo. Ass'n, Inc., and Forest Hill Gardens Property Owners' Ass'n, Inc.*

PeytonBolin, PL
4758 West Commercial Boulevard
Fort Lauderdale, Florida 33319
Telephone: (954) 316-1339
Facsimile: (954) 727-5776

## SERVICE LIST

Steven M. Davis, Eq.
sdavis@becker-poliakoff.com
Adam Cervera, Esq.
acervera@becker-poliakoff.com
*Attorneys for Plaintiff*
*United States of America*

Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, Florida 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232