UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80513-CV-HURLEY/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FOREST HILL GARDENS EAST
CONDOMINIUM ASSOCIATION,
INC., et al.,

    Defendants.
_____/

## ORDER SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** comes before the court upon the parties' Status Report and Request for Pretrial Conference [ECF No. 45]. The court discussed the preferred resolution of this case at a hearing with the parties on October 9, 2013.

Upon consideration of the parties' motion as well as their discussion with the court, it is hereby

**ORDERED** and **ADJUDGED** that:

1. The parties shall terminate discovery by the end of Wednesday, November 6, 2013.

2. The parties shall comply with the following expedited briefing schedule on their cross-motions for summary judgment:

    a. The parties shall file their motions for summary judgment no later than Monday, November 18, 2013.

b. The parties shall file their responses, if any, no later than Monday, November 25, 2013.

c. The parties shall file their replies, if any, no later than Monday, December 2, 2013.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 1st day of November, 2013.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*