UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80513-CV-HURLEY/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FOREST HILL GARDENS EAST
CONDOMINIUM ASSOCIATION,
INC., et al.,

    Defendants.
_____/

ORDER AMENDING BRIEFING SCHEDULE FOR
CROSS-MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** comes before the Court upon the parties' Joint Motion for Extension of Time in Which to File Responses and Replies [ECF No. 56]. The Court previously entered an expedited briefing schedule for the parties' cross-motions for summary judgment [ECF No. 46]. Upon consideration, it is hereby

**ORDERED** and **ADJUDGED** that:

1. The Order Setting Briefing Schedule for Cross-Motions for Summary Judgment [ECF No. 46] is **AMENDED** as follows:

    a. Paragraph 2(b) shall now read: "The parties shall file their responses, if any, no later than Thursday, December 5, 2013."

    b. Paragraph 2(c) shall now read: "The parties shall file their replies, if any, no later than Thursday, December 12, 2013."

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 20th day of November, 2013.

_____
Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*